**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DEANNA LANGILLE,

    Plaintiff,

v.                        CASE NO. 1:12-cv-00127-MP-GRJ

JAY HOFER, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2013. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The government's motion to dismiss (doc. 6) is GRANTED and this case is DISMISSED for lack of subject matter jurisdiction and failure to state a claim.

3. Plaintiff's motions for leave to amend (docs. 11 and 16) are DENIED.

**DONE AND ORDERED** this _13th_ day of February, 2013

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge