IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEANNA LANGILLE,

    Plaintiff,

v.                                      CASE NO. 1:12-cv-00127-MP-GRJ

JAY HOFER, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on plaintiff's Motion to Reconsider and Review Order. (Doc. 21). Nothing in the current motion supports reconsideration of the conclusion that this case should be dismissed for lack of subject matter jurisdiction and failure to state a claim. Plaintiff's motion presents no new facts, arguments, or evidence.

Accordingly it is hereby **ORDERED AND ADJUDGED**:

1.    Plaintiff's motion to reconsider and review order (doc. 21) is DENIED.

2.    Plaintiff's motion to amend response to motion to dismiss and motion for leave to amend complaint (doc. 22) is DENIED.

**DONE AND ORDERED** this _21st_ day of February, 2013

                                            *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge