# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DEANNA LANGILLE,

    Plaintiff,

v.                                    CASE NO. 1:12-cv-00127-MP-GRJ

JAY HOFER, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on plaintiff's Motion for Leave to File Second Amended Complaint (doc. 24) and Motion for Declaratory Judgment (doc. 25). This case was previously dismissed for lack of subject matter jurisdiction and failure to state a claim. As such, this case is closed and no further motions will be accepted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     Plaintiff's motion for leave to file second amended complaint (doc. 24) and motion for declaratory judgment (doc. 25) are DENIED and the Clerk is directed to close the file.

**DONE AND ORDERED** this __4th__ day of March, 2013

                                          *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge